ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUL 12 PM 2: 28

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE LEE MATHAGER, | ) |
| Plaintiff, | ) |
| v. | ) CV 312-018 |
| Officer JAY COLEMAN, Treutlen P.D.C., and Sergeant SHARP, Truetlen P.D.C., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's excessive force claim against Defendant Coleman, his sexual abuse claim against Defendant Sharp, and his claims based on alleged violations of other inmates' rights are **DISMISSED**. Furthermore, Defendant Coleman is **DISMISSED** from this action.

SO ORDERED this 12th day of July, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE