**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE LEE MATHAGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 312-018 |
| | ) |
| Sergeant STEPHEN SHARPE, Treutlen P.D.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss Plaintiff's case for his failure to update his address with the Court is **GRANTED** (doc. no. 17), Defendant's motion to dismiss for failure to exhaust administrative remedies is **DEEMED MOOT** (doc. no. 14), and this case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 21st day of March, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE